**Order entered June 30, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00238-CV

**EVELYN JOYCE ARTERBERRY, ET AL., Appellants**

**V.**

**WILLOWTAX, LLC, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-01621**

### ORDER

Before the Court is appellee's June 28, 2021 second motion for an extension of time to file its brief, appellants' objection to the motion, and appellee's reply. We **GRANT** the motion **to the extent** that we extend the time to **July 16, 2021**. We caution appellee that no further extension will be granted in this accelerated appeal absent extraordinary circumstances.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE